UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SWINTER GROUP, INC., | ) |
|     Plaintiff, | ) |
| v. | ) No. 4:18-cv-00311-RWS |
| MEADOWLARK TRANSPORT INC., | ) |
|     Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Swinter Group, Inc., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with consent of Defendant Meadowlark Transport, Inc., dismisses this action with prejudice, with both parties to bear their own costs and attorneys' fees.

SCHULTZ & ASSOCIATES LLP

By: /s/ Ronald J. Eisenberg
    Ronald J. Eisenberg, #48674MO
    640 Cepi Drive, Suite A
    Chesterfield, MO 63005-1221
    (636) 537-4645
    Fax: (636) 537-2599
    reisenberg@sl-lawyers.com

*Attorney for Plaintiff*
*Swinter Group, Inc.*

1

With consent

REBMAN, LINHARES & BEACHEM
A Professional Corporation

By: /s/ N Gregory Beachem
    N Gregory Beachem, #43357MO
    Joseph E. Rebman, #21049MO
    165 N. Meramec Ave, Suite 310
    St. Louis, MO 63105-3739
    314-725-1118
    Fax: 314-725-1026
    greg@rlblaw.net
    joe@rlblaw.net

*Attorneys for Defendant*
*Meadowlark Transport, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 31, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all registered counsel of record.

/s/ Ronald J. Eisenberg